IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANYA ANN THOMAS,　　　　　　　　　　No. C -13-01009 EDL

　　　　　Plaintiff,　　　　　　　　　　　　**ORDER REMANDING CASE**

　v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

　　　　　Defendant.

      Plaintiff filed this action on March 6, 2013, and on July 15, 2013, she timely filed a Motion for Summary Judgment. Plaintiff's Motion contained new medical evidence that was not considered by the Administrative Law Judge in reaching a decision on Plaintiff's application for disability insurance benefits pursuant to Title II of the Social Security Act. On August 8, 2013, Defendant timely filed an opposition to Plaintiff's Motion, stating that the new evidence warranted further consideration on remand. Defendant seeks remand pursuant to sentence four of 42 U.S.C. § 405(g). Good cause appearing, the Court remands this matter pursuant to sentence four for an Administrative Law Judge to evaluate Plaintiff's new medical evidence.

      **IT IS SO ORDERED.**

Dated: August 26, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge